# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ANTHONY MADRID,<br><br>          Plaintiff,<br><br>    v.<br><br>P. PEASE, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:11-CV-01144-DLB PC<br><br>ORDER REGARDING NOTICE OF VOLUNTARY DISMISSAL<br><br>(DOC. 5)<br><br>RESPONSE DUE WITHIN TWENTY (20) DAYS |

      Plaintiff John Anthony Madrid ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 22, 2011, Plaintiff filed a notice with the Court inquiring as to how to withdraw this action.

      An action may be dismissed by a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). If Plaintiff wishes to voluntarily dismiss this action, he should file a notice of voluntary dismissal, stating his intent to dismiss this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Court will grant Plaintiff twenty (20) days from the date of service of this order in which to file his response.

      IT IS SO ORDERED.

      Dated:   **August 8, 2011**                **/s/ Dennis L. Beck**
                                                                UNITED STATES MAGISTRATE JUDGE