# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ANTHONY MADRID, | CASE NO. 1:11-CV-01144-AWI-DLB PC |
| Plaintiff, | ORDER DIRECTING CLERK OF THE COURT TO CLOSE ACTION PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL (DOC. 11) |
| v. | |
| P. PEASE, et al., | |
| Defendants. | ORDER DENYING ALL PENDING MOTIONS AS MOOT |

Plaintiff John Anthony Madrid ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action. On January 20, 2012, Plaintiff filed a notice of voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). An action may be dismissed by a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff is the only party to appear in this action. Pursuant to this notice, the Court HEREBY ORDERS the Clerk of Court to close this action. This dismissal is without prejudice.

Furthermore, it is HEREBY ORDERED that all pending motions are denied as moot.

IT IS SO ORDERED.

Dated: January 24, 2012

CHIEF UNITED STATES DISTRICT JUDGE

1