1
2
3
4
5

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

6
7
8  | JOHN ANTHONY MADRID, | CASE NO. 1:11-CV-01144-AWI-DLB PC

9  | Plaintiff, | ORDER DIRECTING CLERK OF THE COURT TO CLOSE ACTION PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL (DOC. 11)

10  v.

11  P. PEASE, et al.,

12  | Defendants. | ORDER DENYING ALL PENDING MOTIONS AS MOOT

13  _____/

14

15        Plaintiff John Anthony Madrid ("Plaintiff") is a prisoner in the custody of the California

16  Department of Corrections and Rehabilitation ("CDCR").  Plaintiff is proceeding pro se in this

17  civil rights action.  On January 20, 2012, Plaintiff filed a notice of voluntary dismissal of this

18  action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).  An action may be dismissed by a

19  stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii).

20  Plaintiff is the only party to appear in this action.  Pursuant to this notice, the Court HEREBY

21  ORDERS the Clerk of Court to close this action.  This dismissal is without prejudice.

22        Furthermore, it is HEREBY ORDERED that all pending motions are denied as moot.

23  IT IS SO ORDERED.

24  Dated:   January 24, 2012   _____

25  CHIEF UNITED STATES DISTRICT JUDGE

26
27
28